UNITED STATES BANKRUPTCY COURT, NORTHERN DIVISION OF ILLINOIS, EASTERN DIVISION

RE: RAYMOND L BAKER ) Case No: 06 B 16849
) 
) Chapter 13
Debtor(s) )
) Judge    SUSAN PIERSON SONDERBY

ORDER CONFIRMING PLAN

The plan under Chapter 13 of the Bankruptcy Code, filed by the debtor on Jan 15, 2007, [as modified by the amendment filed on __3/21/07__,] having been found by the court to comply with the provisions of 11 U.S.C. § 1325, THE PLAN IS HEREBY CONFIRMED.

___ [If applicable] Notwithstanding any provision of the plan to the contrary, all property of the estate, as specified by 11 U.S.C. §§ 541 and 1306, shall continue to be property of the estate following confirmation.

ENTER:

_Susan Pierson Sonderby_
Judge

Dated: 3-22-07