IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 06 B 16849 |
| | ) | |
| Raymond L. Baker, | ) | Judge Sonderby |
| | ) | |
| Debtor. | ) | Chapter 13 |

## NOTICE OF MOTION

Notified by Electronic Filing:

    Tom Vaughn - Chapter 13 Trustee; Kluever and Platt


Notified by US Postal Service:
    See Attached service list

PLEASE TAKE NOTICE that on the 10th day of September, 2009 at
9:30 a.m., or as soon thereafter as counsel may be heard, I shall
appear before the Honorable Judge Sonderby in Room 642, 219 S.
Dearborn, Chicago, Illinois, or before such other Judge as may be
presiding in her place and stead, and then and there present the
attached Motion to Modify Plan, a copy of which is attached
hereto, and move for the relief prayed therein, at which time and
place you may appear if you deem fit.

                                    _____
                                    Joseph Wrobel

## PROOF OF SERVICE

I, Joseph Wrobel, an attorney, certify that I caused to be served
a true copy of this Notice and Motion upon the parties listed
above by depositing same in the U.S. Mail at 105 W. Madison
Street, Chicago, Illinois, before 5:00 p.m. on August 12, 2009
with proper postage prepaid, unless a copy was provided
electronically by the Bankruptcy Court.

                                    _____
                                    Joseph Wrobel

Joseph Wrobel, #3078256
Joseph Wrobel, Ltd.
Attorneys for Debtor
105 West Madison Street
Suite 700
Chicago, Illinois  60602
(312) 781-0996

City of Chicago - Bureau of Parking
Attn: Bankruptcy Dept.
333 S. State St., Room 540
Chicago, IL 60604

Our Lady of Resurrection
C/O Revenue Production Management
PO Box 830913
Birmingham, AL 35283-0913

US Oncology
C/O Schwartz & Assoc.
314 N. McHenry Rd.
Buffalo Grove, IL 60089

Household/Orchard Bank
C/O Westmoreland Agency/Capital One
PO Box 85522
Richmond, VA 23285-5522

Pedia Group
C/O CB USA Inc.
PO Box 8000
Hammond, IN 46325-8000

US Postal Service
2825 Lone Oak Parkway
Eagan, MN 55121

Illinois Dept. of Revenue
Bankruptcy Section
100 W. Randolph, Suite 7-425
Chicago, IL 60601

Providian
C/O Arrow Financial Services
21031 Network Pl
Chicago, IL 60678-1031

VHS Genesis Labs, Inc.
c/o CB Account, Inc.
1101 Maint Street
Peoria, IL 61606

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

risk
C/O Risk Management Alternatives
PO Box 105044
Atlanta, GA 30348

Village of Oak Park
Parking Services Div.
123 Madison
Oak Park, IL 60302

Kenneth B. Drost
111 Lions Dr, Suite 206
Barrington, IL 60010

Risk Management
802 E. Martintown Rd. #201
North Augusta, SC 29841

WFS
POB 19657
Irvine, CA 92623-9657

Kluever & Platt
65 E. Wacker Pl., Suite 1700
Chicago, IL 60601

Select Portfolio Servicing
PO Box 551170
Jacksonville, FL 32255-1170

WFS Financial
PO Box 25341
Santa Ana, CA 92799-5341

Kohl's
C/O National Asset Recovery Inc.
2880 Dresden Dr., Suite 200
Atlanta, GA 30341

Select Portfolio Servicing Inc.
3815 South West Temple
Salt Lake City, UT 84115

Linebarger, Goggan, Blair & Sampson
P.O. Box 06140
Chicago, IL 60606-0140

Select Portfolio Servicing, Inc.
PO Box 65450
Salt Lake City, UT 84165

Linebarger, Goggan, Blair & Sampson
35946 Eagle Way
Chicago, IL 60678-1359

TCF Bank
C/O Professional Acct. Mgmt.
PO Box 391
Milwaukee, WI 53201

MRS Associates
3 Executive Campus, Suite 400
Cherry Hill, NJ 08002

United Recovery
5800 N. Course Dr.
Houston, TX 77072

| In Re: | ) | 06 B 16849 |
| | ) | |
| Raymond L. Baker, | ) | Judge Sonderby |
| | ) | |
| Debtor. | ) | Chapter 13 |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, Raymond L. Baker, by his attorneys, Joseph Wrobel, Ltd., and states to this Court as follows:

1.   The Debtor, Raymond L. Baker, filed his petition for original relief under 11 U.S.C. Chapter 13 on December 19, 2006.

2.   The Debtor's plan was confirmed on March 27, 2007, providing for monthly payments of $825.00 for a minimum of 36 months, with unsecured creditors to receive 10% of their allowable claims.

3.   Subsequent to confirmation, the Debtor's daughter turned 18 years of age and the Debtor no longer continued to receive social security benefits on her behalf.

4.   The Debtor's daughter is now employed and provides some contribution to the Debtor's household.

5.   As a result of the change in income, the Debtor has fallen past due with regard to his plan payments. The Debtor is unable to pay his original plan payments of $825.00 each month,

nor is he able to bring his plan payments current. Debtor is able to make plan payments of $450.00 monthly and based upon claims filed, the plan will complete in 60 months or less.

6.    The Debtor has filed amended Schedules I & J reflecting the changes in his income and expenses, copies of same are attached hereto.

7.    Under 11 U.S.C. § 1329(a)(2), the Debtor can make a request to "extend or reduce the time for such payments" as that called for under a Chapter 13 plan.

WHEREFORE, the Debtor, Raymond L. Baker, prays for the entry of an Order, modifying his plan by deferring his past due plan payments to the end of the plan and decreasing the plan payments to $450.00 monthly.

Respectfully submitted,

Raymond L. Baker

By: One of his attorneys

Joseph Wrobel, #3078256
Joseph Wrobel, Ltd.
Attorneys for Debtor
105 West Madison Street
Suite 700
Chicago, Illinois  60602
(312) 781-0996

In re **Raymond L. Baker**                                                      Case No. **06-16849**
                                        Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Widowed** | RELATIONSHIP(S):<br>**Daughter** | | AGE(S):<br>**20** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **postal worker** | |
| Name of Employer | **USPS** | |
| How long employed | **since 8/23/00** | |
| Address of Employer | **11600 W. Irving Park Rd.**<br>**Chicago, IL 60666** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 3,797.17 | $ N/A |
| 2. Estimate monthly overtime | $ 0.00 | $ N/A |
| 3. SUBTOTAL | $ 3,797.17 | $ N/A |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 1,504.84 | $ N/A |
|    b. Insurance | $ 0.00 | $ N/A |
|    c. Union dues | $ 0.00 | $ N/A |
|    d. Other (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,504.84 | $ N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 2,292.33 | $ N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ N/A |
| 8. Income from real property | $ 0.00 | $ N/A |
| 9. Interest and dividends | $ 0.00 | $ N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| 11. Social security or government assistance<br>(Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 12. Pension or retirement income | $ 0.00 | $ N/A |
| 13. Other monthly income<br>(Specify): **Contribution from daughter** | $ 125.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 125.00 | $ N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 2,417.33 | $ N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 2,417.33 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re  **Raymond L. Baker** _____     Case No.   **06-16849** _____
                                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | | |
|---|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | | $ | 683.00 |
| a. Are real estate taxes included? | Yes ___ | No _X_ | | |
| b. Is property insurance included? | Yes ___ | No _X_ | | |
| 2. Utilities:    a. Electricity and heating fuel | | | $ | 180.00 |
| b. Water and sewer | | | $ | 40.00 |
| c. Telephone | | | $ | 40.00 |
| d. Other _____ | | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | | $ | 0.00 |
| 4. Food | | | $ | 415.00 |
| 5. Clothing | | | $ | 50.00 |
| 6. Laundry and dry cleaning | | | $ | 25.00 |
| 7. Medical and dental expenses | | | $ | 20.00 |
| 8. Transportation (not including car payments) . | | | $ | 150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ | 0.00 |
| 10. Charitable contributions | | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | | |
| a. Homeowner's or renter's | | | $ | 120.00 |
| b. Life | | | $ | 0.00 |
| c. Health | | | $ | 0.00 |
| d. Auto | | | $ | 120.00 |
| e. Other _____ | | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | | |
| (Specify)  **Real Estate Taxes** | | | $ | 125.00 |

13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)

| | | |
|---|---|---|
| a. Auto | $ | 0.00 |
| b. Other _____ | $ | 0.00 |
| c. Other _____ | $ | 0.00 |
| d. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other _____ | $ | 0.00 |
| Other _____ | $ | 0.00 |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 1,968.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---|
| a. | Average monthly income from Line 15 of Schedule I | $ | 2,417.33 |
| b. | Average monthly expenses from Line 18 above | $ | 1,968.00 |
| c. | Monthly net income (a. minus b.) | $ | 449.33 |