Case 06-16849   Doc 40   Filed 10/17/11   Entered 10/17/11 16:35:49   Desc Main
                            Document      Page 1 of 1


## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 13 |
| Raymond L. Baker | No.  06-16849 |
| Debtor | Hon.  Susan Pierson Sonderby |

## RESPONSE TO NOTICE OF FINAL CURE - STATEMENT OF OUTSTANDING PAYMENT OBLIGATIONS

Select Portfolio Servicing, Inc., Servicing agent for, The Chase Manhattan Bank, as Trustee of IMC Home Equity Loan Trust 1996-3 under the pooling and servicing agreement dated as of October 1, 1996, files this, its Response to Notice of Final Cure - Statement of Outstanding Payment Obligations of Debtor:

Regular mortgage payments from 2.1.2009 – 10.1.2009 totaling $28,428.50
Escrow advances in the amount of $3,746.25
Attorney fees of $575.00

Total amounts outstanding$32,749.75The debtor may (i) within 30 days of service of the statement, challenge modified plan to provide for payment of additional amounts that the debtor;

To the extent the amounts set forth in this Response to Notice of Final Cure - Statement of Outstanding Payment Obligations are not determined by the court to be invalid or are not paid by the debtors through the modified plan, the right of Select Portfolio Servicing, Inc. to collect these amounts will be unaffected.

Submitted by:

_____/s/ Susan J. Notarius_____
Attorney for Select Portfolio Servicing, Inc.

Susan J. Notarius - ARDC # 06209646
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679