IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 13 |
| Raymond L. Baker | No.  06-16849 |
| Debtor | Hon.  Susan Pierson Sonderby |

## NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE - STATEMENT OF OUTSTANDING PAYMENT OBLIGATIONS

**To: See attached Service List**

PLEASE TAKE NOTICE that on October 17, 2011, I filed the attached <u>Response to Notice of Final Cure - Statement of Outstanding Payment Obligations</u>, a copy of which is hereby served upon you.

_____/s/ Susan J. Notarius_____

## Certificate of Service

The undersigned certifies that she served a copy of the Notice of Filing and <u>Response to Notice of Final Cure - Statement of Outstanding Payment Obligations</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Joseph Wrobel and Tom Vaughn on October 17, 2011.

_____/s/ Susan J. Notarius_____

Susan J. Notarius - ARDC # 06209646
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Raymond L. Baker
1706 N Lockwood Avenue
Chicago, IL  60639

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Joseph Wrobel
105 W. Madison, Suite 700
Chicago, IL 60602